IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CORNELIUS HUNTER,

        Plaintiff,

v.

US CORRECTIONS TRANSPORT,
PRISONER TRANSPORT SERVICES,
JOHN SIMMONS and JOHN DOE,

        Defendants.

ORDER

17-cv-876-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se prisoner Cornelius Hunter brings this case alleging that employees of two Florida transportation companies left him and eleven other pre-trial detainees in a van without air conditioning for two hours in extreme heat in Arizona. Before the court is plaintiff's motion to transfer this case to the District of Arizona. Dkt. #14.

As discussed in the previous orders discussing jurisdiction and venue in this case, dkt. ##11 and 13, plaintiff's allegations are all based on events that took place in Gila Bend, Arizona, which is located in the District of Arizona and thus within the jurisdiction of that district court. Venue is proper in that district and transfer to that court is appropriate in these circumstances. 28 U.S.C. § 1404(a) (district court may transfer civil action to any other district where it might have been brought); 28 U.S.C. § 1391(b) (venue proper in

1

district where substantial part of events giving rise to lawsuit occurred). Accordingly, I am granting plaintiff's request and transferring this case to the District of Arizona.

ORDER

IT IS ORDERED that plaintiff Cornelius Hunter's motion to transfer this case to the District of Arizona, dkt. #14, is GRANTED. This case is TRANSFERRED to the United States District Court for the District of Arizona.

Entered this 20th day of March, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge