Cornelius Isaac Hunter 229917
Name and Prisoner/Booking Number

Dodge Correctional Institution
Place of Confinement

P.O. Box 700
Mailing Address

Waupun, Wisconsin 53963
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ____ LODGED
____ RECEIVED ____ COPY

MAY 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FOR
ACCORDING TO FEDERAL AND/OR LOCAL RUL
AND PRACTICES AND IS SUBJECT TO REJECTI
BY THE COURT.

REFERENCE: 5 4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cornelius Isaac Hunter ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) U.S. Corrections Transport, et al,
(Full Name of Defendant)

(2) John Simmons ,

(3) John Doe ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 18-00899-PHX-JAT (JFM)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER
Jury Trial Demanded

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____ .

2. Institution/city where violation occurred: U.S. Correction Transport, "Van" in Gila Bend, AZ.

550/555

Case 2:18-cv-00899-JAT Document 21 Filed 05/14/18 Page 2 of 7

## B. DEFENDANTS

1.   Name of first Defendant: _John Simmons_. The first Defendant is employed as: _Sgt. Officer_ at _U.S. Correction Transport_.
         (Position and Title)                                    (Institution)

2.   Name of second Defendant: _John Doe_. The second Defendant is employed as: _Officer_ at _U.S. Correction Transport_.
         (Position and Title)                                    (Institution)

3.   Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
         (Position and Title)                                    (Institution)

4.   Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
         (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.   If yes, how many lawsuits have you filed? _One_. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _Cornelius Isaac Hunter_ v. _Brian Hayes_
      2.   Court and case number: _17-CV-547_.
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still in the Court pending decision._

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: *Gross Negligence, Contributory, Negligence, Cruel And Unusual Punishment, Abuse of Authority, Criminal Negligence*  .

2.   **Count I.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☑ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

On June 30, 2015 while being transported from Las Vegas County Detention Center to Eau Claire, Wisconsin, the Plaintiff was under the care, custody and control of John Simmons and John Doe. During this transport of Plaintiff and eleven (11) other detainees, John Simmons and John Doe stopped at a hotel in Gila Bend, Arizona for their own pleasure. They exited the vehicle and turned off the ignition, which subsequent terminated the flow of air from the air conditioner and rolled up the window. At that time in the midst of summer, the temperature topped over 120° After about thirty minutes I were becoming nauseated and having heat stroke symptoms. After about forty five minutes, the effects of dehydration started to set in, and the Plaintiff began to black in and out with no signs of the transport officers John Simmons or John Doe. After an hour it was like the life was being suck out of me still no sign of the transport officers John Simmons and John Doe. I could other detainees banging on the sides of the vehicle, trying to get someone attention and calling out for help or assistance from anyone that happened to pass by. After an hour and half I passed out, I couldn't catch my breath, I came around from all the noise and panicking inside the vehicle and noticed several other inmates were unconscious from our heat conditions. I was unable to manuever because I was still handcuffed and feeling exhausted and weak.  .
Continued. 1-D

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Very bad dehydration, heat stroke symptoms, nauseated, loss of breath, mental stress, passing out.  
_____.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes     ☐ No
   b.   Did you submit a request for administrative relief on Count I?          ☑ Yes     ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?          ☐ Yes     ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *I waited for an answer to my grievance and was under due process expectations, but both companies were merged, which made it impossible to who would respond.*  .

3

1-D. Cause of Action
Count 1

Supporting Facts:

I felt as if I was about to die, and the other eleven (11) detainees were yelling and screaming. After approximately two (2) hours, that seemed like a life time someone came to owr rescue. However, some one must have notified the officers but it was too late. The ~~that~~ detainees broke the window and cried out for help. The Plaintiff and the other severely injuried detainee were rescued by the Gila Bend's Fire Rescue First responders and immediately transported to Goodyear, Arizona to Alberta Hospital for treatment and medical care. Upon my arrival at the Hospital, staff asked did the Company have medical insurance, and Sgt. John Simmons advised them that there was no medical coverage for the inmates. After minor treatment they continued on to Eau Claire, Wisconsin, I was Booked into the Eau Claire County Jail.

## COUNT II

1. State the constitutional or other federal civil right that was violated: *Gross Negligence, Contributory Negligence, Cruel and Unusual Punishment, Abuse of Authority, Crimial Negligence*.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On June 30, 2015. While being transported from Las Vegas County Detention Center to Eau Claire, Wisconsin, the Plaintiff was under the care, custody and control of Sgt. John Simmons and Officer John Doe. During this transport of Plaintiff and eleven (11) other detainees, John Doe and Sgt. John Simmons, stopped at a hotel in Gila Bend, Arizona for their own pleasure. They exited the vehicle and turned off the ignition, which subsequent terminated the flow of air from the air conditioner and rolled up the window. At that time in the midst of summer, the temperature topped over 120° After about thirty minutes I were becoming nouseated and having heat stroke symptons. After about forty five minutes the effects of dehydration started to set in, and the Plaintiff began to black in and out with no signs of the transport officers John Doe or Sgt. John Simmons. After an hour it was like the life was being suck out of me, still no sign of the transport officer John Doe or Sgt. John Simmons. I could hear other detainees banging on the side of the vehicle trying to get someone attention, and calling out for help or assistance from anyone that happened to pass by. After an hour and half I pass out, I couldn't catch my breath, I came around from all the noise and panicking inside the vehicle and noticed several other inmates were unconscious from over heat conditions. I was unable to manuever because I was still handcuffed and feeling exhausted and weak. I felt as if I was about to die, and the other eleven (11) detainees were yelling and screaming. After approximately two (2) hours, that seemed.

Continued 2-D

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Mental stress, heat stroke symptoms, nouseated, badly dehydration, loss of breath, passing out.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I waited for an answer to my grievance and was under due process expectations but both companies were merged, which made it impossible to who would respond.

4

## Count 2

Supporting Facts:

Like a life time some one came to ourr resaue. However, someone must have notified the officers but it was too late. The detainees broke the window and cried out for help. The Plaintiff and the other severely Injuried detainees were rescued by the Gila Bends Fire Rescue first responders and immediately transported to Goodyear, Arizona to Alberta Hospital for treatment and medical care. Upon my arrival at the hospital staff asked did the company have medical insurance, and Sgt. John Simmons advised them that there was no medical coverage for the inmates. After minor treatment they continued on to Eau Claire, Wisconsin, I was booked into the Eau Claire County Jail.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

1. Plaintiff seek compensation for mental anguish caused by the conditions he was forced to endure of one point five million (1,500,000) dollars.
2. Plaintiff seek compensation for the pain and suffering of Two million (2,000,000) Dollars.
3. Plaintiff seek Compensation for the psychological damage of claustrophobia of one point five million (1,500,000) dollars.
4. Plaintiff seek relief for the extended psychological Care of Post Traumatic Stress Disorder, where he experiences caused him to be under medication to handle the irratic symptoms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 08, 2018_
                    DATE

_Cornelius Isaac Hunter_
                    SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.